## NOVEMBER 14, 1994

No. 94–112. HARLESTON ET AL. v. JEFFRIES. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Waters* v. *Churchill*, 511 U. S. 661 (1994).

No. 94–5798. STERLING v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McFarland* v. *Scott*, 512 U. S. 849 (1994).

No. — – —. VDA DE MENDOZA ET AL. v. UNITED STATES. Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [*ante*, p. 802] denied.

No. — – —. MCNAMARA v. UNITED STATES. Motion to direct the Clerk to file an application and present it to JUSTICE SCALIA denied.

No. D–1450. IN RE DISBARMENT OF KARCH. Disbarment entered. [For earlier order herein, see 512 U. S. 1281.]

No. D–1451. IN RE DISBARMENT OF LINDER. Disbarment entered. [For earlier order herein, see 512 U. S. 1282.]

No. D–1452. IN RE DISBARMENT OF MITWOL. Disbarment entered. [For earlier order herein, see 512 U. S. 1282.]

No. D–1453. IN RE DISBARMENT OF ZELMAN. Disbarment entered. [For earlier order herein, see 512 U. S. 1282.]

No. D–1456. IN RE DISBARMENT OF FREEDMAN. Disbarment entered. [For earlier order herein, see 512 U. S. 1282.]